**Order entered September 18, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00340-CR

### JANINE JOYCE CHARBONEAU, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-80751-2012**

## ORDER

The Court **DENIES** appellant's September 16, 2013 "Motion for Extension of Time to Accept Amended Motion for Rehearing, En Banc" and September 17, 2013 "Supplement for Correction to Motion for Rehearing En Banc and Subsequent Motions."

/s/    JIM MOSELEY
           JUSTICE